United States District Court
Southern District of Texas
**ENTERED**
October 23, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Juan Carlos Castillo-Medina, | § | Civil Action No. 4:26-cv-6479 |
| | § | |
| Petitioner, | § | DHS File Number: A-240 861 935 |
| | § | |
| v. | § | |
| | § | |
| WARDEN, MONTGOMERY | § | |
| PROCESSING CENTER, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

Before the Court is Petitioner's Emergency Motion to Enforce the Court's October 1, 2026 Order, for Immediate Disclosure of Petitioner's Location and Custody Status, and Supplement in Support of Pending Emergency Motion (Dkt. 6). Having considered the motion, the record, and the applicable law, the Court GRANTS the motion and ORDERS as follows:

1. Within twenty-four (24) hours of this Order, Respondents shall file a sworn declaration disclosing: (a) Petitioner's current location and custody status; (b) any transfer of Petitioner since October 20, 2026, including dates, locations, and the reason for the transfer; (c) any scheduled or anticipated transfer or removal of Petitioner; and (d) Respondents' compliance, or the reasons for their noncompliance, with Paragraph 6 of the Court's October 1, 2026 Order (Dkt. 7).

2. If Petitioner has been transferred outside the Southern District of Texas without the notice required by Paragraph 6 of the October 1, 2026 Order, Respondents shall return Petitioner to this District forthwith.

3. Respondents shall not remove Petitioner from the United States while the Petition (Dkt. 1) and Petitioner's Emergency Motion for a Temporary Restraining Order (Dkt. 6) remain pending before this Court.

4. Paragraph 6 of the October 1, 2026 Order (Dkt. 7) remains in full effect.

SIGNED at Houston, Texas, on October 23, 2026.

George C. Hanks Jr.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE